# Order

Michigan Supreme Court
Lansing, Michigan

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129531

JENNIFER ANN HALLMAN and
MATTHEW ALLEN JOHNSTONE,
      Plaintiffs-Appellees,

v

                                      SC: 129531
                                      COA: 253363
FANNY A. DELA CRUZ, M.D. and          Oakland CC: 02-043568-NH
WEST BLOOMFIELD PLASTIC
SURGERY CENTER, P.C.,
      Defendants,

and

MICHIGAN LASERGRAFT CENTER, P.C.,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the August 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006 _____

d1023

_____
Clerk